NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID KENT THACKER, JR.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-2333

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-01092-EDK, Chief Judge Elaine Kaplan.

---

**O R D E R**

Upon consideration of the court's October 26, 2023, and December 6, 2023, orders, and David Kent Thacker, Jr.'s failure to submit the court's filing fee,

IT IS ORDERED THAT:

2                                                    THACKER v. US

The appeal is dismissed for failure to prosecute.

FOR THE COURT

January 22, 2024
Date

Jarrett B. Perlow
Clerk of Court